Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
District of Arizona

_____ Division

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 1 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Gregory M. Ellis )
)  Case No.  CV-19-04525-PHX-MHB
)
)  *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
)
-v- )
)
Circle K Stores Inc. )
City of Phoenix, AZ Police Dept. )
City of Phoenix, AZ District Attorney's Office )
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Gregory Micheal Ellis |
   | Street Address | 2743 W. Montebello Ave. |
   | City and County | Phoenix, Maricopa |
   | State and Zip Code | Arizona, 85017-2626 |
   | Telephone Number | 602-277-0813 |
   | E-mail Address | gregorymellis@msn.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Circle K Stores Inc. |
| Job or Title *(if known)* | |
| Street Address | 1130 W. Warner Road |
| City and County | Tempe, Maricopa |
| State and Zip Code | Arizona, 85284 |
| Telephone Number | 602-728-8000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | City of Phoenix Police Department |
| Job or Title *(if known)* | |
| Street Address | 620 W. Washington Street |
| City and County | Phoenix, Maricopa |
| State and Zip Code | Arizona, 85003 |
| Telephone Number | 602-262-7626 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | City of Phoenix District Attorney's Office |
| Job or Title *(if known)* | |
| Street Address | 300 W. Washington Street |
| City and County | Phoenix, Maricopa |
| State and Zip Code | Arizona, 85003 |
| Telephone Number | 602-262-6461 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1. Title 42 U.S. C.A. 1983 Abuse of Process/Malicious Prosecution and Right to Equal Protection under the Law,
2. Title II of the Civil Rights Act of 1964, Title 42 U.S. C.A. 2000a et seq

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
Plaintiff went inside Circle K Stores Inc. located at 1501 W. McDowell Road, Phoenix, AZ 85007 to purchase goods and services and was denied public accommodations services from clerk. {2}

    B.    Clerk promptly called Phoenix police to have Plaintiff arrested for Trespassing. {2}

    C.    Phoenix Police arrived and threatened Plaintiff with arrest for trespassing using a State Statute 13-1502-4 as justification, but was cited with a complaint for trespassing and ordered to leave premises or be arrested. {2}

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

March 27, 2019  2:30am, May 29th, 2019, 10:30pm, June 14th, 2019 11pm, June 16th, 12:30am

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

June 27th :Plaintiff entered Circle K to purchase services and was denied services from female clerk. Clerk proceeded to call Phoenix Police. Plaintiff while exiting property was berated with racial epitaphs by a homeless Circle K patron. Plaintiff approached by Patron with more epitaphs as Patron touched Plaintiff's face with his face. Plaintiff used minimal force by pushing Patron away and proceeded to safe location to await police. Plaintiff was detained while Police investigated. Plaintiff was arrested for 1. Criminal Trespass and Reckless Assault. Plaintiff informed the police of the verbal assault and denial of public accommodations by Circle K. Plaintiff was booked and arraigned, same morning a was charged, Plaintiff pled Not Guilty and was given a $1500.00 bond. Unable to bond out, Plaintiff was remanded to incarceration until a Pre-Trial hearing May 3rd. Plaintiff was given OR at PT Hearing. Plaintiff released next morning found that his vehicle had been impounded and it took him 30 to get his impouned property back from Phoenix Police Property. Property and vehicle were not involved as far as evidence in the criminal complaint. Trial was set for May 28th, 2019 and was dismissed without prejudice.

May 29th; Plaintiff was detained at Circle K for approximately 1 hour and received a citation to appear in Phoenix Municipal Court on a charge of Criminal Trespass on June 7, 2019. Again Plaintiff asserted his public accommodations rights and was again told that Circle K has the right to trespass anyone they want for any reason they want at whatever location they want. and it is at the whim of whoever is in charge at the moment. This is the Plaintiff's 4th court action at this location (1501 W. McDowell Road) for Criminal trespass
Michael Schmitz was witness to the detainment
Plaintiff called and spoke to Manager Khalid Houssein and was told "I could patronize any other Circle K gladly, but Corporate would prefer I not visit this location or be trespassed again. Trespass Cited 6/16 Phx PD

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff has been denied access to this Circle K Store several times in the past year and even after a settlement on previous legal action, Defendant is still practicing the Civil Rights violations therefore Plaintiff requests an injunction and monetary damages from Defendants.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks injunctive relief and the sum of $50,000.00 per violation as of May 29th, 2019 from Defendants for malicious prosecution, abuse of due protection, equal protection under the law, overturn all previous and current prosecutions for criminal trespass that ends or ended in a conviction in all State courts, instruct enforcementof Title II provisions of the 1964 Civil Rights Act of 1964, public humiliation, emotional distress, incurred expenses after arrests, loss of income after incarceration and court costs involved in bringing litigation. As stated above, the last occorance before filing of Complaint was six days ago, when Phoenix Police Department again cited Plaintiff for criminal trespass and barred Plaintiff from entry at (1501 W. McDowell Road) for another one calendar year or risk being arrested and prosecuted for criminal trespass.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/21/2019

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Gregory M. Ellis

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____